# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNDRAL S. DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    5:06-cv-00019-LSC-JEO |
| | ) |
| WARDEN LEON FORNISS and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

On November 30, 2007, the Court entered a Memorandum of Opinion and an Order adopting the Report and Recommendation of the Magistrate Judge assigned this case, finding that the petitioner's habeas corpus petition was due to be denied and dismissed with prejudice. (Doc. 21 & 22). Thereafter, the petitioner filed untimely objections to the report and recommendation. (Doc. 23).

Although untimely, the court has considered the objections to the Report and Recommendation in view of the entire file and again has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court therefore again adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.[1] In accord with the recommendation, this

---

[1] To the extent that the petitioner asserts that he was not afforded an adequate opportunity to file an appropriate traverse because he did not have the "evidence and excerpts from his trial," the court disagrees. (Doc. 23 at p. 1). Although the petitioner was not provided with copies of the trial transcript by the court or the respondents, he was able to clearly articulate and argue his claims. He has had access to the prior state court proceedings through his trial and appellate counsel, and there is no requirement that this court or the respondents provide him with a copy of the same. The Magistrate Judge, however, did afford the petitioner extra time to formulate his traverse to the respondents' answer. (Docket Entry dated September 14, 2007). Additionally, the Magistrate Judge afforded him additional time to file his objections to the Report and Recommendation, but he still

petition for writ of habeas corpus is due to be denied and dismissed with prejudice.  An appropriate order will be entered.

    Done this 12th day of December 2007.

                                                L. SCOTT COOGLER
                                 UNITED STATES DISTRICT JUDGE
                                                       124153

---

did not timely object.  (Docket Entry dated October 18, 2007).